UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

YOLANDA ANTOINETTE WILSON )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:22-cv-128-FL
COMMISSIONER OF SOCIAL )
SECURITY )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross briefs and the memorandum and recommendation of the United States Magistrate Judge, to which objections were not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 29, 2024, and for the reasons set forth more specifically therein, that plaintiff's brief is granted and defendant's brief is denied. This matter is remanded to defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on February 29, 2024, and Copies To:**
Russell R. Bowling (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Thomas Paul Zimarowski (via CM/ECF Notice of Electronic Filing)


February 29, 2024        PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K.Collins
                                 (By) Sandra K. Collins, Deputy Clerk